**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Candace Sneed** | Social Security number or ITIN **xxx–xx–9582** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number:  **20–10299**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Candace Sneed

August 11, 2020

**For the court:**  Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                         **Order of Discharge**                         page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Candace Sneed  
      Debtor

Case No. 20-10299-JBS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: admin     Page 1 of 1     Date Rcvd: Aug 11, 2020  
                    Form ID: 318     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.
```
db             +Candace Sneed,    12455 S Perry,    Chicago, IL 60628-7320
28828018       +Bank of America,    P O Box 982284,    El Paso, TX 79998-2284
28828019       +Barnes Auto,    2125 N Cicero,    Chicago, IL 60639-3309
28828026       +FedLoan Servicing,    Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
28887456       +Nissan Motor Acceptance Corporation,    c/o Stewart, Zlimen & Jungers, Ltd.,    2860 Patton Rd,
                 Roseville, MN 55113-1100
28828027       +Nmac,    Attn: Bankruptcy,    Po Box 660366,    Dallas, TX 75266-0366
28828028        PNC,    Att: Bankruptcy,    PO Box 489909,    Charlotte, NC 28269-5329
28828030       +The Money Source Inc.,    500 South Broad Street,    Suite 100A,    Meriden, CT 06450-6755
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
28828016       +EDI: BECKLEE.COM Aug 12 2020 06:33:00      American Express,    Att Bankruptcy,    PO Box 3001,
                 Malvern, PA 19355-0701
28828017       +EDI: BANKAMER.COM Aug 12 2020 06:33:00      Bank of America,    4909 Savarese Circle,
                 Fl1-908-01-50,    Tampa, FL 33634-2413
28828020       +EDI: CAPITALONE.COM Aug 12 2020 06:33:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
28828021       +EDI: CAPITALONE.COM Aug 12 2020 06:33:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
28828023       +EDI: CITICORP.COM Aug 12 2020 06:33:00      Citibank,    Citicorp Credit Srvs/Centralized Bk dept,
                 Po Box 790034,    St Louis, MO 63179-0034
28828024       +EDI: TSYS2.COM Aug 12 2020 06:33:00      Deptartment Store National/Macy's,    Attn: Bankruptcy,
                 9111 Duke Boulevard,    Mason, OH 45040-8999
28828025       +EDI: DISCOVER.COM Aug 12 2020 06:33:00      Discover Financial,    Attn: Bankruptcy,
                 Po Box 3025,    New Albany, OH 43054-3025
28828022        EDI: JPMORGANCHASE Aug 12 2020 06:33:00      Chase Card Services,    Attn: Bankruptcy,
                 Po Box 15298,    Wilmington, DE 19850
28828029       +EDI: WTRRNBANK.COM Aug 12 2020 06:33:00      Target,    c/o Financial & Retail Srvs,
                 Mailstop BT POB 9475,    Minneapolis, MN 55440-9475
28828031       +EDI: WFFC.COM Aug 12 2020 06:33:00      Wells Fargo Bank NA,    Mac F823f-02f,    Po Box 10438,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 10

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:
```
              David H Cutler    on behalf of Debtor 1 Candace  Sneed cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Deborah  Kanner Ebner    dkebner@debnertrustee.com, dke@trustesolutions.net,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```